AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19mj 185 |
| David C. Williams | ) | FILED August 9, 2019 |
| | ) | (Date) |
| Defendant(s) | ) | NORTHERN DISTRICT FLORIDA |
| | | US MAGISTRATE JUDGE (Initials) HTC |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 1, 2017 - Present in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1952(a)(3) and 1956(h) | -Interstate travel/use of a facility in aid of racketeering and money laundering conspiracy |
| 8 U.S.C. Section 1324(a)(1) | -Harboring illegal aliens for commercial advantage or private financial gain |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent John Canning
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 9, 2019

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Hope T. Cannon
*Printed name and title*