UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 3:19-mj-185

DAVID CLAYTON WILLIAMS
_____/

## ORDER OF DETENTION - HEARING WAIVED

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), the government moved for detention. Defendant, after consulting with counsel, and after inquiry by the court, waived a detention hearing at this time without prejudice to requesting a hearing at a later date. Defendant did also waive a preliminary hearing.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:      August 20, 2019


s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**