IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

                                                  Case No. 3:19 mj-185/HTC

DAVID CLAYTON WILLIAMS,
    Defendant.
_____/

NOTICE OF APPEARANCE

THE CLERK AND ALL INTERESTED PARTIES to this action are hereby given notice that the undersigned, Donald M. Sheehan, will be counsel of record in the above-styled matter for the named Defendant, David Clayton Williams. All future papers, correspondence, documents, pleadings, or other matters pertinent to this cause should hereafter be directed to the undersigned.

Dated this 30th day of August, 2019.

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following David Goldberg, Assistant United States Attorney, 21 East Garden Street, Pensacola, Florida 32502-3675.

                                                  s/Donald M. Sheehan
                                                  DONALD M. SHEEHAN
                                                  1500 WEST GARDEN STREET
                                                  PENSACOLA, FLORIDA  32502
                                                  TELEPHONE: (850) 432-3034
                                                  FAX: (850) 432-2540
                                                  FLORIDA BAR NO.: 464724
                                                  ATTORNEY FOR DEFENDANT
                                                  E-Mail: palemoon@sprynet.com