United States District Court
CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced: 2:11 pm   Case # 3:19cr104/MCR
Time Concluded: 2:12 pm   Date 9/5/19

DOCKET ENTRY: **ARRAIGNMENT** - Indictment

PRESENT:  HONORABLE Hope T. CAnnon U. S. MAGISTRATE JUDGE

| Irma McCain-Coby | Lee/Pearce | Boland | David Goldberg |
|---|---|---|---|
| Deputy Clerk | U.S.P.O. | Court Reporter | Asst. U.S. Attorney |

U.S.A. vs. David C. Williams
  x present   **X** custody   ___ bond   ___ O/R
  Donald Sheehan   X Apptd.   __Retained   x present
  Attorney for Defendant

PROCEEDINGS:

  x   Defendant waives reading of Indictment-Information.
  ___ Indictment-Information read.

PLEA:
  **X**   Not Guilty Count(s) ALL
  ___   Guilty Count(s) ___

TRIAL DATE: October 7, 2019