# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DAVID C. WILLIAMS

CASE NO. 3:19cr104MCR

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  September 17, 2019

Motion/Pleadings: UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS

Filed by: Defendant           on  9/17/2019           Doc. #  31
Responses:                    on                     Doc. #

| _____ Stipulated | _____ Joint Pleading |
| X Unopposed | _____ Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Susan Simms*
Deputy Clerk: Susan Simms

On consideration, the motion is GRANTED. The jury trial has been continued to December 2, 2019. Pretrial motions must be filed 14 days prior to trial or no later than November 18, 2019.

**DONE** and **ORDERED** this 25th day of September, 2019.

/s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**