# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 3:19cr104/MCR

DAVID C. WILLIAMS

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | Winston E. Arnow Federal Building<br>One Hundred North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 1 (Magistrate Elizabeth M. Timothy) |
| Date: | November 14, 2019 |
| Time: | 11:00 a.m. |
| Type of Proceeding: | Felony Plea |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

JESSICA LYUBLANOVITS, CLERK OF COURT

November 7, 2019
DATE

*/s/ Teresa S. Milstead*
Deputy Clerk: Teresa S. Milstead

Copies to:
all parties of record
Court Security
Probation
Irma Coby/Sue Simms
U.S. Marshal's