# United States District Court

## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

| | | | |
|---|---|---|---|
| Time Commenced | 11:13 AM | Case No. | 3:19cr104-MCR |
| Time Concluded | 11:32 AM | Date | November 14, 2019 |

**DOCKET ENTRY: CHANGE OF PLEA HEARING for Defendant DAVID C. WILLIAMS.** Defendant sworn. Consent to plea before Magistrate Judge filed; Defendant pleads guilty to Count 1, 2, 3 and 4 of the Indictment. Statement of Facts, Plea Agreement and Supplement to Plea Agreement filed. Sentencing scheduled for February 7, 2020 at 1:00 PM.

PRESENT :   HONORABLE   **ELIZABETH TIMOTHY**   MAGISTRATE JUDGE

| David Goldberg | Greg Newsome | Donna Boland | Paula Cawby |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT(S) LISTED BELOW**            **ATTORNEY FOR DEFENDANT**

(1) David C. Williams                              (1) Donald Sheehan, CJA

✓ Present   ✓ Custody   ___ Bond   ___ O/R        ✓ Present   ✓ Appointed   ___ Retained

**PROCEEDINGS:**

- ✓ Defendant is RE-ARRAIGNED and specifically advised of his rights
- ✓ Defendant states true name is   David Williams
- ✓ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea
- ✓ Court summarizes charges and required elements of proof
- ✓ Statement of Facts filed.
- ✓ Plea Agreement and Supplement to Plea Agreement filed
- ✓ Defendant moves to CHANGE PLEA
- ✓ Defendant PLEADS  ✓ Guilty to Count  1, 2, 3 and 4  of the indictment
- ___ Adjudication withheld pending sentencing
- ✓ Plea accepted
- ✓ REFERRED to U.S. Probation Office.  Sentencing scheduled for **February 7, 2020 at 1:00 PM**.

Filed in Open Court

November 14, 2019
Initials of Deputy Clerk pmc