IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                        Case No.  3:19cr104/MCR

**DAVID C. WILLIAMS**

---

### CONSENT TO RULE 11 GUILTY PLEA BEFORE
### A UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my guilty plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance or rejection of my guilty plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge recommends that the guilty plea be accepted and orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence. The undersigned also expressly waive the fourteen (14) day time limit they may have to file written objections to the Magistrate Judge's report and recommendation, pursuant to Title 28 U.S.C. Section 636(b)(1), and consent to

limit the time period for filing written objections to the Magistrate Judge's report and recommendation to twenty four (24) hours from service of a copy of the report and recommendation.

DATED this 14th day of ~~October~~ November, 2019.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

Approved:

_____
ASSISTANT UNITED STATES ATTORNEY

Case No. 3:19cr104/MCR