IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No. 3:19cr104/MCR

**DAVID C. WILLIAMS**
_____

**GOVERNMENT'S MOTION AND MEMORANDUM FOR
ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through the United States Attorney for the Northern District of Florida, respectfully moves this Honorable Court pursuant to Rule 32.2, Fed. R. Crim. P., for the issuance of a Preliminary Order of Forfeiture in the above-styled case. In support thereof, the following is provided:

1.      On or about September 3, 2019, a federal grand jury sitting in the Northern District of Florida returned an indictment charging **DAVID C. WILLIAMS** with the Use of an Interstate Facility for Purposes of Racketeering Enterprises, Transportation for Purposes of Prostitution, Concealing and Harboring Aliens for Financial Gain, and Conspiracy to Commit Money Laundering.

2. Said indictment further sought criminal forfeiture from the defendant pursuant to Title 18, United States Code, Sections 981, 982, and 2428; as well as Title 8, United States Code, Section 1324; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461, of his interest in any and all property constituting and derived from any proceeds obtained, directly or indirectly, as the result of such violations; and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.  The property which is subject to forfeiture is as follows:

1. **U.S. currency totaling $17,708 and money orders totaling $18,000 seized on or about August 15, 2019, from 126 Shell Avenue in Fort Walton Beach, Florida;**
2. **U.S. currency totaling $15,000 seized on or about August 15, 2019, from 704 Massachusetts Avenue in Pensacola, Florida;**
3. **U.S. currency totaling $25,960 seized on or about August 15, 2019, from 7055 Fairfield Drive in Pensacola, Florida;**
4. **U.S. currency totaling $15,906 and money orders totaling $8,900 seized on or about August 15, 2019, from 211 SW 4th Avenue in Gainesville, Florida;**
5. **U.S. currency totaling $6,351 seized on or about August 15, 2019, from 696 Warrenton Avenue in Fredericksburg, Virginia;**
6. **U.S. currency totaling $557.17 seized on or about August 15, 2019, from Bank of America account ending in 0716;**

7. **U.S. currency totaling $2,122.40 seized on or about August 15, 2019, from Bank of America account ending in 8882;**
8. **U.S. currency totaling $5,470.84 seized on or about August 15, 2019, from Bank of America account ending in 2593;**
9. **U.S. currency totaling $5,670.68 seized on or about August 15, 2019, from Bank of America account ending in 9158;**
10. **U.S. currency totaling $2,363.29 seized on or about August 15, 2019, from Bank of America account ending in 0616;**
11. **U.S. currency totaling $6,550.18 seized on or about August 15, 2019, from Bank of America account ending in 8477; and**
12. **U.S. currency totaling $4,366.41 seized on or about August 15, 2019, from Bank of America account ending in 4461.**

3. On or about November 14, 2019, the defendant pled guilty to all counts in the indictment. The defendant concedes the government has produced evidence that the aforesaid materials are subject to forfeiture as property used to facilitate the crimes charged or as proceeds of the crimes charged.

4. By virtue of said guilty plea, and the consent to the entry of an order of forfeiture, the United States is entitled to the entry of a Preliminary Order of Forfeiture pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure and the Titles of the criminal code as referenced above.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, forfeiting to the United States all rights, claims and interests of the defendant, **DAVID C. WILLIAMS**, to the property described herein.  A proposed Preliminary Order of Forfeiture is attached for the convenience of the Court.

SUBMITTED this 19th day of November, 2019.

        LAWRENCE KEEFE
        United States Attorney

        */s/ David L. Goldberg*
        DAVID L. GOLDBERG
        Assistant United States Attorney
        Member of the Maryland Bar
        21 E. Garden Street, Suite 400
        Pensacola, FL  32502
        850/444-4000

## RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that Donald Sheehan, Esq., counsel for the defendant, and the defendant himself, have no objection to the relief sought in this motion pursuant to executed plea documents.

        */s/ David L. Goldberg*
        DAVID L. GOLDBERG
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion and memorandum will be furnished via electronic filing to Donald Sheehan, counsel for defendant, this 19th day of November, 2019.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                Case No. 3:19cr104/MCR

**DAVID C. WILLIAMS**

_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **DAVID C. WILLIAMS**, pursuant to Title 18, United States Code, Sections 981, 982, and 2428; as well as Title 8, United States Code, Section 1324; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One through Four of said indictment, to wit: that the defendant did Use an Interstate Facility for Purposes of Racketeering Enterprises, Transport for Purposes of Prostitution, Conceal and Harbor Aliens for Financial Gain, and Conspire to Commit Money Laundering;

AND WHEREAS, on or about November 14, 2019, the defendant pled guilty to the violations set forth in Counts One through Four of the indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Sections 981, 982, and 2428; as well as Title 8, United States Code, Section 1324; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

   **1. U.S. currency totaling $17,708 and money orders totaling $18,000 seized on or about August 15, 2019, from 126 Shell Avenue in Fort Walton Beach, Florida;**
   **2. U.S. currency totaling $15,000 seized on or about August 15, 2019, from 704 Massachusetts Avenue in Pensacola, Florida;**

    3.      U.S. currency totaling $25,960 seized on or about August 15, 2019, from 7055 Fairfield Drive in Pensacola, Florida;

    4.      U.S. currency totaling $15,906 and money orders totaling $8,900 seized on or about August 15, 2019, from 211 SW 4th Avenue in Gainesville, Florida;

    5.      U.S. currency totaling $6,351 seized on or about August 15, 2019, from 696 Warrenton Avenue in Fredericksburg, Virginia;

    6.      U.S. currency totaling $557.17 seized on or about August 15, 2019, from Bank of America account ending in 0716;

    7.      U.S. currency totaling $2,122.40 seized on or about August 15, 2019, from Bank of America account ending in 8882;

    8.      U.S. currency totaling $5,470.84 seized on or about August 15, 2019, from Bank of America account ending in 2593;

    9.      U.S. currency totaling $5,670.68 seized on or about August 15, 2019, from Bank of America account ending in 9158;

    10.     U.S. currency totaling $2,363.29 seized on or about August 15, 2019, from Bank of America account ending in 0616;

    11.     U.S. currency totaling $6,550.18 seized on or about August 15, 2019, from Bank of America account ending in 8477; and

    12.     U.S. currency totaling $4,366.41 seized on or about August 15, 2019, from Bank of America account ending in 4461.

3.    That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **DAVID C. WILLIAMS** pursuant to

Rule 32.2(b) of the Federal Rules of Criminal Procedure.

    IT IS SO ORDERED this __ day of _____, 2019.

_____
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE