UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:19cr104-MCR

DAVID C. WILLIAMS

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, Florida 32502 |
| Room No: | Courtroom II (2nd Floor) |
| Date: | February 7, 2020 |
| Time: | 1:00 PM |
| Time Allotted: | 1 hour |
| Type of Proceeding: | Sentencing Hearing before the Honorable M. Casey Rodgers |

**NOTE:** *If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

November 19, 2019                                           s/ *Susan Simms*
DATE                                                                  Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
David Goldberg, AUSA
Donald Sheehan, Esq.
US Marshal
US Probation
Court Security

Note:   *Should additional time be needed, please notify the court.