UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:19cr104/MCR

DAVID C. WILLIAMS
_____/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **DAVID C. WILLIAMS**, pursuant to Title 18, United States Code, Sections 981, 982, and 2428; as well as Title 8, United States Code, Section 1324; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One through Four of said indictment, to wit: that the defendant did Use an Interstate Facility for Purposes of Racketeering Enterprises, Transport for Purposes of Prostitution, Conceal and Harbor Aliens for Financial Gain, and Conspire to Commit Money Laundering;

AND WHEREAS, on or about November 14, 2019, the defendant pled guilty to the violations set forth in Counts One through Four of the indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Sections 981, 982, and 2428; as well as Title 8, United States Code, Section 1324; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

   1. **U.S. currency totaling $17,708 and money orders totaling $18,000 seized on or about August 15, 2019, from 126 Shell Avenue in Fort Walton Beach, Florida;**

2. U.S. currency totaling $15,000 seized on or about August 15, 2019, from 704 Massachusetts Avenue in Pensacola, Florida;

3. U.S. currency totaling $25,960 seized on or about August 15, 2019, from 7055 Fairfield Drive in Pensacola, Florida;

4. U.S. currency totaling $15,906 and money orders totaling $8,900 seized on or about August 15, 2019, from 211 SW 4th Avenue in Gainesville, Florida;

5. U.S. currency totaling $6,351 seized on or about August 15, 2019, from 696 Warrenton Avenue in Fredericksburg, Virginia;

6. U.S. currency totaling $557.17 seized on or about August 15, 2019, from Bank of America account ending in 0716;

7. U.S. currency totaling $2,122.40 seized on or about August 15, 2019, from Bank of America account ending in 8882;

8. U.S. currency totaling $5,470.84 seized on or about August 15, 2019, from Bank of America account ending in 2593;

9. U.S. currency totaling $5,670.68 seized on or about August 15, 2019, from Bank of America account ending in 9158;

10. U.S. currency totaling $2,363.29 seized on or about August 15, 2019, from Bank of America account ending in 0616;

11. U.S. currency totaling $6,550.18 seized on or about August 15, 2019, from Bank of America account ending in 8477; and

**12.    U.S. currency totaling $4,366.41 seized on or about August 15, 2019, from Bank of America account ending in 4461.**

3.    That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **DAVID C. WILLIAMS** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED** this 19th day of November 2019.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**