**UNITED STATES OF AMERICA**

v.

**CASE NO. 3:19cr104/MCR**

**DAVID C. WILLIAMS**

_____/

**IN RE: PETITION TO RETURN MONEY**

**FROM: YUHUA LIU**

**TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION CLERCK OF THE COURT.**

Now comes the Petitioner, Yuhua Liu

On or about August 15, 2019 Bank of America account ending in 0616 was seized for 2,363.29. I am requesting that this amount be paid back to me in full. As discussed with Special Agent Christopher Perekol, I Yuhua Liu bought Asia Pro Walkin Massage LLC from David Williams in the fall of 2018.

This money was paid to my business, from my clients for services provided.

Signed this date December 17, 2019.

_YUHUA Liu_        Date: 12/18/2019

**Yuhua Liu**

FILED USDC FLND PN
DEC 18 '19 AM 8:55