# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19cr104/MCR

DAVID C. WILLIAMS

_____/

## O R D E R

A Preliminary Order of Forfeiture issued in this case November, 19, 2019. ECF No. 46. Now pending before the Court are two separate petitions asserting third-party claims of legal interest in the property forfeited. *See* ECF Nos. 47 & 48. Prior to scheduling a hearing on these third-party claims, the Court will allow the Government an opportunity to file responses in opposition or otherwise consent to the petitioners' claims of interest. In the event the petitioners' claims are opposed, the Court will scheduled a evidentiary hearing as soon as practicable.

Accordingly, the Government's response to the pending petitions asserting third-party interest, ECF Nos. 47 & 48, are due within **30 days** hereof.

**DONE and ORDERED** this 10th day of January 2020.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**