# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                                CASE NO.   3:19cr104-MCR

DAVID C. WILLIAMS

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been set for the place, date and time set forth below:

**Place:** Arnow Federal Building
100 North Palafox St.
Pensacola, Florida 32502

**Room No:** Courtroom II (2nd Floor)

**Date:** April 10, 2020        **Previous Date:** February 7, 2020

**Time:** 1:00 PM        **Previous Time:** 1:00 PM

**Time Allotted:** 1 hour*

**Proceeding:** Sentencing Hearing before the Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

January 16, 2020            s/ Susan Simms
DATE:                                  Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
David Goldberg, AUSA
Donald Sheehan, Esq.
U.S. Marshal
U.S. Probation
Court Security Officer

Note: *Should additional time be needed, please notify the court.