# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              CASE NO: 3:19cr104/MCR

**DAVID C. WILLIAMS**

_____/

## NOTICE OF FILING IN RESPONSE TO COURT ORDER

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and notifies this Court as follows in relation to two third party claims for the return of seized United States currency:

1. On or about November 19, 2019, the Court entered a Preliminary Order of Forfeiture as it relates to United States currency and money orders seized from multiple massage parlor locations and related bank accounts. (Doc. 46).

2. On or about December 18, 2019, and December 20, 2019, two third party claims were filed in relation to specific United States currency that was seized from two Bank of America accounts that were part of the original seizure. (Docs. 47, 48). These two claims assert an innocent third party interest in the United States currency particular to said accounts. (*Id.*).

3. The government, after consultation amongst the investigative agencies responsible for the seizure of aforesaid currency, believes the defendant charged

herein has no legitimate right to the currency but concedes the potential innocent interest of the two parties who filed Documents 47 and 48.

4.  As such, the government will not pursue the continued seizure of the United States currency from these accounts as it relates to the third parties.  The government will return the currency to the petitioners at a time and place convenient for the parties.  This will resolve the two pending petitions without a need for any further Court proceedings on this issue.

> Respectfully submitted,
>
> LAWRENCE KEEFE
> UNITED STATES ATTORNEY
>
> */s/ David L. Goldberg*
> DAVID L. GOLDBERG
> Assistant United States Attorney
> Northern District of Florida
> Member of the Maryland Bar
> 21 East Garden Street, Suite 400
> Pensacola, Florida 32502
> (850) 444-4000