# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:19cr104/MCR

DAVID C. WILLIAMS

_____/

## O R D E R

By Order dated January 10, 2020, the Government was directed to file a response to two separate petitions asserting third-party claims of legal interest in property seized during the investigation of this case. *See* ECF Nos. 47 & 48. The Government has filed its response conceding to the interest claimed by the third-parties. *See* ECF No. 56. Accordingly, no hearing is needed on the third-party claims and the clerk is directed to terminate the claims as MOOT.

**DONE and ORDERED** this 31st day of January 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**